SHAIKH v. BURWELL

No. 78P92

Case below: 105 N.C.App. 291

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992.

SORRELLS v. M.Y.B. HOSPITALITY
VENTURES OF ASHEVILLE

No. 153PA92

Case below: 105 N.C.App. 705

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 24 June 1992.

STATE v. CHAPMAN

No. 163P92

Case below: 106 N.C.App. 229

Petition by Attorney General for temporary stay allowed 19 May 1992 pending receipt and determination of a timely filed petition for discretionary review. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992. Temporary stay dissolved 24 June 1992.

STATE v. HECHLER

No. 161P92

Case below: 105 N.C.App. 716

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 24 June 1992.

STATE v. HUNTLEY

No. 138P92

Case below: 105 N.C.App. 709

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 24 June 1992.